UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARTRADELHE GOVAN, | No. C 08-02717 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF ANTIOCH, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 5, 2008, before this Court in the above-entitled case. Counsel for Plaintiff was not present.

IT IS HEREBY ORDERED that Counsel for Plaintiff appear on **September 12, 2008, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be sanctioned for his failure to appear at the case management conference and comply with the order and notice of this Court.

IT IS SO ORDERED.

Dated: September 8, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge