United States District Court
For the Northern District of California

1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8   DEARTRADELHE GOVAN,
                                                              No. C-08-02717 JCS
9
10           Plaintiff(s),
11      v.                                                    ORDER VACATING
                                                              ORDER TO SHOW CAUSE
12  CITY OF ANTIOCH; et al.,
13           Defendant(s).
    _____/
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:
16      Plaintiff's counsel having advised the Court of his failure to comply with the order and notices
17  of the Court, it is hereby ORDERED that the Order to Show Cause set for September 12, 2008 at 1:30
18  p.m. is VACATED.
19
20  Dated:  September 11, 2008          _____
                                        JOSEPH C. SPERO
21                                      United States Magistrate Judge